UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DAVID GIBSON, ET AL.** | **CIVIL ACTION NO. 17-1439** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **B P AMERICA PRODUCTION CO., ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 18], no objections thereto having been filed, and finding that the Report and Recommendation is supported by the law and the record,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Motion to Remand [Doc. No. 9] is GRANTED, and this case is REMANDED to the Fifth Judicial District Court, Richland Parish, Louisiana.

IT IS FURTHER ORDERED that the Clerk of Court certify a copy of this Judgment and forward the certified copy to the Clerk of the Fifth Judicial District Court, Richland Parish, Louisiana.

MONROE, LOUISIANA, this 15th day of February, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE